# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __OH Bureau of Workers' Comp., et al__ vs. __SEC__

**The Clerk will enter my appearance as Counsel in Appeal No.** __24-1631__ **for the following party(s): (please specify)**

Americans for Financial Reform Education Fund, Sierra Club, and Sierra Club Foundation, Environmental Defense Fund and Natural Resources Defense Council, who are separately represented, also joined the brief

☐ Appellant(s)   ☐ Petitioner(s)   ☐ Appellee(s)   ☐ Respondent(s)   ✔ Amicus Curiae   ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: __Hana Vizcarra__   s/: __Hana Vizcarra__

Firm Name: __Earthjustice__

Business Address: __1001 G Street, NW, Suite 1000__

City/State/Zip: __Washington, DC, 20001__

Telephone Number (Area Code): __(202) 667-4500__

Email Address: __hvizcarra@earthjustice.org__

---

### CERTIFICATE OF SERVICE

✔ I hereby certify that on __8/19/2024__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: