# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: OH Bureau of Workers' Comp., et al vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1631 for the following party(s): (please specify)

> APG Asset Management NV; Boston Trust Walden; California Public Employees' Retirement System (CalPERS); Ceres, Inc.; Generation Investment Management; Inherent Management Corp.; Impax Asset Management Group plc; Kepos Capital LP; Mercy Investment Services; Miller/Howard Investments, Inc.; Nia Impact Capital; Oregon Office of the State Treasurer, Tobias Reed; Parnassus Investments; School Sisters of Notre Dame Collective Investment Fund; Stance Capital; Trillium Asset Management; United Church Funds; The Pension Boards – United Church of Christ, Inc.; Zevin Asset Management; New York City Comptroller's Office

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Katherine L. Pringle    s/: Katherine L. Pringle

Firm Name: Friedman Kaplan Seiler Adelman & Robbins LLP

Business Address: 7 Times Square

City/State/Zip: New York, NY 10036-6516

Telephone Number (Area Code): 212-833-1118

Email Address: kpringle@fklaw.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 8/19/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: