UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: OH Bureau of Workers' Comp., et al vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1631 for the following party(s): (please specify)

Institutional Investors

| Appellant(s) | Petitioner(s) | Appellee(s) | Respondent(s) | ✔ Amicus Curiae | Intervenor(s) |

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Brian J. Bartow    s/: Brian J. Bartow

Firm Name: General Counsel, California State Teachers' Retirement System (CalSTRS)

Business Address: 100 Waterfront Place

City/State/Zip: West Sacramento, CA 95605

Telephone Number (Area Code): (916) 414-1700

Email Address: BBartow@CalSTRS.com

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 09/06/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: