# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Ohio Bureau of Workers Comp. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24 1631 for the following party(s): (please specify)

State of Tennessee ex rel. Attorney General Jonathan Skrmetti

☐ Appellant(s)   ☑ Petitioner(s)   ☐ Appellee(s)   ☐ Respondent(s)   ☐ Amicus Curiae   ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Virginia N. Adamson       s/: Virginia N. Adamson

Firm Name: Office of the Tennessee Attorney General

Business Address: P.O. Box 20207

City/State/Zip: Nashville, Tennessee 37207

Telephone Number (Area Code): 615 741-3491

Email Address: jenna.adamson@ag.tn.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on May 13, 20 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: