# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-1631

Ohio Bureau of Workers' Compensation, et al.

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia, et al.

Intervenors

------------------------------

Andrew N. Vollmer, et al.

Amici on Behalf of Petitioner

Institute for Policy Integrity at New York University School of Law, et al.

Amici on Behalf of Respondent

_____

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

_____

## ORDER

The motion to withdraw as retained counsel is granted. James Matthew Rice for Jonathan

Skrmetti has been granted leave to withdraw from this case.

May 14, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler