UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Ohio Bureau of Workers Comp. vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1631 for the following party(s): (please specify)

State of Tennessee ex rel. Attorney General Jonathan Skrmetti

☐ Appellant(s) ☑ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Zachary R. Clark s/: Zachary R. Clark

Firm Name: Office of the Tennessee Attorney General

Business Address: P.O. Box 20207

City/State/Zip: Nashville, Tennessee 37202

Telephone Number (Area Code): (615) 741-7403

Email Address: zachary.clark@ag.tn.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/23/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: