**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| OHIO BUREAU OF WORKERS' COMPENSATION, et al., | ) | |
| Petitioners, | ) | |
| v. | ) | No. 24-1631 (and consolidated cases) |
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) | |
| Respondent, | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| Intervenors, | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Petitioner Jonathan Skrmetti, Virginia N. Adamson, respectfully moves to withdraw as counsel in this action (No. 24-1631, consolidated with lead case No. 24-1522). Ms. Adamson is leaving her employment with the Tennessee Attorney General's Office. Petitioner Skrmetti will continue to be represented by Zachary R. Clark, who previously entered an appearance in this case.

Dated: September 24, 2026

Respectfully submitted,

JONATHAN SKRMETTI
Tennessee Attorney General
and Reporter

/s/ *Virginia N. Adamson*
VIRGINIA N. ADAMSON



Appellate Case: 24-1631 Page: 1 Date Filed: 09/24/2026 Entry ID: 5687455

*Senior Assistant Solicitor General*
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Jenna.Adamson@ag.tn.gov



Appellate Case: 24-1631 Page: 2 Date Filed: 09/24/2026 Entry ID: 5687455

## CERTIFICATE OF COMPLIANCE

1. I certify that this motion complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2). This motion contains 56 words according to the count of Microsoft Word, excluding the parts of the motion exempted under Fed. R. App. 27(d)(a)(2)(B).

2. In addition, this motion complies with the typeface and typestyle requirements of Fed. R. App. P. 27(d)(1)(E), because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

3. This motion further complies with the technical requirement of Local Rule 28A(h) because it has been scanned for viruses and is virus free.

/s/ *Virginia N. Adamson*
Virginia N. Adamson



Appellate Case: 24-1631 Page: 3 Date Filed: 09/24/2026 Entry ID: 5687455

## CERTIFICATE OF SERVICE

On September 24, 2026, I filed an electronic copy of this motion with the Clerk of the Eighth Circuit using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Virginia N. Adamson*
Virginia N. Adamson